**AFFIRMED as Modified; Opinion Filed July 2, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01676-CR

### MARION DOYLE SAYLES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-00399-U**

## MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Fillmore
Opinion by Justice Fillmore

A jury convicted Marion Doyle Sayles of attempted capital murder, found two enhancement paragraphs true, and assessed punishment at life imprisonment. *See* TEX. PENAL CODE ANN. §§ 15.01(a), 19.03(a) (West 2011). In two issues, Sayles contends the trial court's judgment should be modified to show the correct name for the State's attorney and to show Sayles pleaded not true to the enhancement paragraphs. The State agrees the modifications are needed. We modify the trial court's judgment and affirm as modified. We issue this memorandum opinion pursuant to Texas Rule of Appellate Procedure 47.4 because the law to be applied in the case is well settled.

The record shows the State was represented at trial by Brandon Birmingham and Russell Wilson. The record also shows that Sayles pleaded not true to two enhancement paragraphs included in the indictment. The judgment, however, recites the State was represented by "Brabdon Birmingham/Russell Wilson" and states "N/A" with respect to appellant's plea to the first and second enhancements paragraphs and with respect to the jury's findings concerning the first and second enhancement paragraphs. We also note that appellant's name is spelled incorrectly on the trial court's judgment. We sustain Sayles's two issues.

We modify the judgment to show the attorneys who represented the State were Brandon Birmingham and Russell Wilson. We further modify the judgment to reflect that Sayles pleaded not true to the first and second enhancement paragraphs and the trial court entered judgment based on the jury's findings that the first and second enhancement paragraphs were true. *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd). Finally, we modify the judgment to correct the spelling of appellant's name to Marion Doyle Sayles.

As modified, we affirm the trial court's judgment.


Robert M. Fillmore
ROBERT M. FILLMORE
JUSTICE


Do Not Publish
TEX. R. APP. P. 47
121676F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MARION DOYLE SAYLES, Appellant

No. 05-12-01676-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 291st Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F12-00399-U).
Opinion delivered by Justice Fillmore,
Justices O'Neill and Francis participating.

Based on the Court's opinion of this date, we **MODIFY** the trial court's judgment to correct the spelling of appellant's name to Marion Doyle Sayles and to modify as follows:

The section entitled "Attorney for State" is modified to show "Brandon Birmingham and Russell Wilson."

The section entitled "Plea to 1st Enhancement Paragraph" is modified to show "Not True."

The section entitled "Findings on 1st Enhancement Paragraph" is modified to show "True."

The section entitled "Plea to 2nd Enhancement Paragraph" is modified to show "Not True."

The section entitled "Findings on 2nd Enhancement Paragraph" is modified to show "True."

As modified, we **AFFIRM** the trial court's judgment.


Judgment entered July 2, 2013.



Robert M. Fillmore
ROBERT M. FILLMORE
JUSTICE


-3-